**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Vincent Allen Jahada**<br>**aka Vincent A. Jahada**<br>                   **Debtor(s)** | **BK NO. 17-01699 JJT**<br><br>**Chapter 7** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                                            Respectfully submitted,

                                       **/s/ James C. Warmbrodt, Esquire**
                                       James C. Warmbrodt, Esquire
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA  19106
                                       412-430-3594