```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-01699-JJT
Vincent Allen Jahada                                                Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin              Page 1 of 2          Date Rcvd: Aug 11, 2017
                              Form ID: 318             Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
```
db             Vincent Allen Jahada,    9 Emerson Rd,    Clark, NJ 07066-1621
4913208       +BMW Bank of North America,    2735 E Parleys Way,    Salt Lake City, UT 84109-1666
4913212        CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
4913216        Daniel and Maria Calderone,    2337 Southridge Dr,    East Stroudsburg, PA 18302-8472
4913219        GBS/First Electronic,    PO Box 4499,    Beaverton, OR 97076-4499
4913204        Goodman Schwartz & Shaw,    44 E Broad St Ste 15,    Bethlehem, PA 18018-5920
4913203        Jahada Vincent Allen,    9 Emerson Rd,    Clark, NJ 07066-1621
4913220        Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
4913222        Linebarger Goggan Blair & Sampson, LLP,    PO Box 90128,    Harrisburg, PA 17109-0128
4913223        Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4913205        EDI: AMEREXPR.COM Aug 11 2017 19:03:00     American Express Centurion Bank,    PO Box 297871,
               Fort Lauderdale, FL 33329-7871
4913206       +EDI: RMCB.COM Aug 11 2017 19:03:00     American Medical Collection Agency,
               4 Westchester Plz Bldg 4,    Elmsford, NY 10523-1615
4913209        EDI: BMW.COM Aug 11 2017 19:03:00     BMW Financial Services,    5515 Parkcenter Cir,
               Dublin, OH 43017-3584
4915886       +EDI: AISACG.COM Aug 11 2017 19:03:00     BMW Financial Services NA, LLC,
               c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
4913207        EDI: TSYS2.COM Aug 11 2017 19:03:00     Barclays Bank Delaware,    PO Box 8803,
               Wilmington, DE 19899-8803
4913211        EDI: CAPITALONE.COM Aug 11 2017 19:03:00     Capital One Bank, USA,    15000 Capital One Dr,
               Richmond, VA 23238-1119
4913210        EDI: CAPITALONE.COM Aug 11 2017 19:03:00     Cap One,    26525 N Riverwoods Blvd,
               Mettawa, IL 60045-3440
4913213        EDI: CHASE.COM Aug 11 2017 19:03:00     Chase Card,    PO Box 15298,
               Wilmington, DE 19850-5298
4913214        EDI: CITICORP.COM Aug 11 2017 19:03:00     Citi Cards/Citibank,    PO Box 6241,
               Sioux Falls, SD 57117-6241
4913215        EDI: WFNNB.COM Aug 11 2017 19:03:00     Comenity Bank/Express,    PO Box 182789,
               Columbus, OH 43218-2789
4913217        EDI: DISCOVER.COM Aug 11 2017 19:03:00     Discover Financial Services,    PO Box 15316,
               Wilmington, DE 19850-5316
4913218        EDI: FSAE.COM Aug 11 2017 19:03:00     Firstsource Advantage, LLC,    205 Bryant Woods S,
               Amherst, NY 14228-3609
4913221        E-mail/Text: bk@lendingclub.com Aug 11 2017 19:04:12     Lending Club Corporation,
               71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
4913224       +EDI: TFSR.COM Aug 11 2017 19:03:00     Toyota Motor Credit Corporation,
               240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 165028,
              Irving, TX 75016-5028
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5          User: admin            Page 2 of 2             Date Rcvd: Aug 11, 2017
                              Form ID: 318           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
         Allan B. Goodman    on behalf of Debtor Vincent Allen Jahada abgoodmanesq@gmail.com, ajshawesq@gmail.com
         James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                TOTAL: 4

| | | |
|---|---|---|
| Debtor 1 | **Vincent Allen Jahada** | Social Security number or ITIN  xxx–xx–8553 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **Middle District of Pennsylvania**

Case number:  **5:17–bk–01699–JJT**

## Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vincent Allen Jahada
aka Vincent A. Jahada

**By the court:** *[signature]*

August 11, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318     **Order of Discharge**     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**